**EARVANA, LLC, A California Limited Liability Company, Plaintiff–Appellant**

v.

**ERNIE BALL, INC., A California Corporation, Hohner, Inc, Defendants–Appellees**

Does 1–10, Inclusive, Defendant.

No. 2014–1749.

United States Court of Appeals, Federal Circuit.

May 12, 2015.

Peter Jon Gluck, Brown Rudnick, LLP, Irvine, CA, argued for plaintiff-appellant. Also represented by Christian E. Iversen, Christian E. Iversen Law Offices, Paso Robles, CA.

G. Henry Welles, Best Best & Krieger, LLP, Indian Wells, CA, argued for defendants-appellees.

PROST, Chief Judge, LOURIE and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**